# WARRANT OF ARREST

| 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔆𝔬𝔲𝔯𝔱 | DISTRICT: WESTERN DISTRICT OF WISCONSIN |
|---|---|
| United States of America<br><br>v.<br><br>Roger Hoffman<br><br>Defendant. | DOCKET NO. **SEALED**    MAGISTRATE JUDGE CASE NO.<br><br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Roger Hoffman |

Warrant Issued on the Basis of:

✓ Indictment    ☐ Order of Court    ☐ Information    ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:     City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

18 USC §371 – Conspiracy to Defraud the United States;
52 USC §30121 – Contributions by a Foreign National;
52 USC §30122 – Contribution in the Name of Another;
18 USC §1001(a)(2) – False Statement;
18 USC § 1519 – Obstruction of FEC;
26 USC §7206(2) – Aid and Abet the Filing of False Tax Returns; and
18 USC § 1512(b)(3) – Witness Tampering

IN VIOLATION OF TITLE: 18 U.S.C. Section(s) 371, 1001(a)(2); 1512(b)(3), 1519; 26 USC §7206(2); & 52 USC §30121 & 52 USC §30122

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge<br>Peter Oppeneer | Date Order: |
|---|---|---|
| Clerk of Court: | (By) Deputy Clerk | Date Issued: 1/26/2022 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |