| PRODUCTION BEGDOC | PRODUCTION ENDDOC | DESCRIPTION |
|---|---|---|
| DOJ-0000000001 | DOJ-0000279219 | Forensic Image of Roger Hoffman computer and cell phone |
| DOJ-0000279220 | DOJ-0000379481 | Records from email acocunt "landsraad@msn.com" |
| DOJ-0000379482 | DOJ-0000400302 | Records from email account "REDACTED@hotmail.com" |
| DOJ-0000400303 | DOJ-0000406885 | FBI Sentinel Records: GJ Serials 1 - 74, Main Serials 1 - 39 |
| DOJ-0000406886 | DOJ-0000406893 | FLIR Recording from 1/22/21 |
| DOJ-0000406894 | DOJ-0000506547 | Records from email account "REDACTED@gmail.com" |
| DOJ-0000506548 | DOJ-0000507151 | FBI Sentinel Records: INTELPRODS Serials 1, 2, 4, 5; FISUR Serials 1 - 6; FA Serial 1; GJ Serial 75 - 76; Main Serials 2 - 68 |
| DOJ-0000507152 | DOJ-0000507176 | Surveillance Photos |
| DOJ-0000507177 | DOJ-0000507203 | Voicemails from Hoffman to REDACTED |
| DOJ-0000507204 | DOJ-0000507210 | Woodman Security Footage - Placeholder |
| DOJ-0000507211 | DOJ-0000507229 | IRS Memorandums of Investigation |
| DOJ-0000507230 | DOJ-0000519709 | GJS Returns from Various Entities |
| N/A | N/A | Recordings of Jan 29 2021 interviews |
| DOJ-0000524262 | DOJ-0000530350 | FBI Sentinel Records: GJ Serials 1 - 78; Main Serials 1, 3, 21, 30, 39 |
| DOJ-0000530351 | DOJ-0000530354 | IRS Memorandums of Investigation |
| DOJ-0000530355 | DOJ-0000530365 | Documents received from REDACTED |
| DOJ-0000530366 | DOJ-0000530390 | FBI Sentinel Records: GJ Serial 79; Main Serials 78, 80 |
| DOJ-0000530391 | DOJ-0000530498 | Search Warrant Applications |
| DOJ-0000530499 | DOJ-0000531380 | FBI Sentinel Records: FTI Serials 1 -2; GJ Serials 77 - 79; Main Serials 69 - 89; NCIC Serials 1 - 3 |
| DOJ-0000531381 | DOJ-0000531388 | Reports received from DHS |
| DOJ-0000531389 | DOJ-0000531567 | Records received from CBP |
| DOJ-0000531568 | DOJ-0000531656 | FBARs |
| DOJ-0000531657 | DOJ-0000532994 | Grand Jury Transcripts |
| DOJ-0000532995 | DOJ-0000533254 | MLAT Records |
| DOJ-0000533255 | DOJ-0000538213 | Records from Search Warrant of 1612 S. Golf Glen, Units F and G |
| DOJ-0000538214 | DOJ-0000538226 | Records obtained from UPS Store |
| N/A | N/A | Woodman Security Footage - Videos |
| N/A | N/A | |